Alan Adelman, CA Bar No. 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
San Francisco, CA 94108
Telephone:    415.956.1360
Facsimile:    415.625.1339

Attorney for Plaintiff
WILLIAM SERENI

Michael J. Sexton, CA Bar No. 153435
mike.sexton@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
695 Town Center Drive, Suite 1500
Costa Mesa, CA 92626
Telephone:    714.800.7900
Facsimile:    714.754.1298

Kevin D. Reese, CA Bar No. 172992
kevin.reese@ogletreedeakins.com
Jill V. Cartwright, CA Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| WILLIAM SERENI,<br><br>           Plaintiff,<br><br>     v.<br><br>HOME DEPOT U.S.A., INC.<br><br>           Defendant. | Case No. 4:12-cv-05912-KAW<br><br>**STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1); [PROPOSED] ORDER**<br><br>Complaint Filed:  November 19, 2012<br>Trial Date:          March 3, 2014 |

Case No. 4:12-cv-05912-KAW
STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)

1  **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

DATED: August 21, 2013              LAW OFFICE OF ALAN ADELMAN

                                    By:    /s/ Alan Adelman
                                           ALAN ADELMAN

                                    Attorney For Plaintiff
                                    LLOYD ROBINSON

DATED: August 21, 2013              OGLETREE, DEAKINS, NASH, SMOAK &
                                    STEWART, P.C.

                                    By:    /s/ Jill Cartwright
                                           MICHAEL J. SEXTON
                                           KEVIN D. REESE
                                           JILL V. CARTWRIGHT

                                    Attorneys for Defendant
                                    HOME DEPOT U.S.A., INC.


### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: August 21, 2013              By:   /s/ Jill Cartwright
                                          Jill V. Cartwright

**ORDER**

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice.  The Court acknowledges that the parties have entered into a settlement agreement that addresses the payment of their respective fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  8/23/13

Hon. Kandis A. Westmore
United States Magistrate Judge

15730515.1