1  Alan Adelman, CA Bar No. 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   San Francisco, CA 94108
3  Telephone:    415.956.1360
4  Facsimile:    415.625.1339

5  Attorney for Plaintiff
   WILLIAM SERENI
6
7  Michael J. Sexton, CA Bar No. 153435
   mike.sexton@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
8  695 Town Center Drive, Suite 1500
   Costa Mesa, CA 92626
9  Telephone:    714.800.7900
   Facsimile:    714.754.1298
10
11 Kevin D. Reese, CA Bar No. 172992
   kevin.reese@ogletreedeakins.com
12 Jill V. Cartwright, CA Bar No. 260519
   jill.cartwright@ogletreedeakins.com
13 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
14 One Market Plaza
   San Francisco, CA 94105
15 Telephone:    415.442.4810
   Facsimile:    415.442.4870
16
17 Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
18

19                       **UNITED STATES DISTRICT COURT**

20                      **NORTHERN DISTRICT OF CALIFORNIA**

21                              **OAKLAND DIVISION**

22

23 WILLIAM SERENI,                    | Case No. 4:12-cv-05912-KAW

24          Plaintiff,                | **STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1); [PROPOSED] ORDER**

25     v.                             | Complaint Filed:  November 19, 2012
                                      | Trial Date:       March 3, 2014
26 HOME DEPOT U.S.A., INC.

           Defendant.
27

28

1  **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

DATED:  August 21, 2013          LAW OFFICE OF ALAN ADELMAN

                                 By:    /s/ Alan Adelman
                                         ALAN ADELMAN

                                 Attorney For Plaintiff
                                 LLOYD ROBINSON

DATED:  August 21, 2013          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                 By:    /s/ Jill Cartwright
                                         MICHAEL J. SEXTON
                                         KEVIN D. REESE
                                         JILL V. CARTWRIGHT

                                 Attorneys for Defendant
                                 HOME DEPOT U.S.A., INC.


### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:  August 21, 2013          By:    /s/ Jill Cartwright
                                         Jill V. Cartwright

**ORDER**

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice. The Court acknowledges that the parties have entered into a settlement agreement that addresses the payment of their respective fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/23/13

Hon. Kandis A. Westmore
United States Magistrate Judge

15730515.1